THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: (858) 794-1441
Facsimile: (858) 794-1450
kah@weiserlawfirm.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| ROBERT BERG, Derivatively on Behalf of INTUITIVE SURGICAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GARY S. GUTHART, MARSHALL L. MOHR, LONNIE M. SMITH, DAVID J. ROSA, MARK J. MELTZER, JEROME J. MCNAMARA, AUGUSTO V. CASTELLO, SALVATORE J. BROGNA, COLIN MORALES, CRAIG H. BARRATT, ERIC H. HALVORSON, AMAL M. JOHNSON, ALAN J. LEVY, FLOYD D. LOOP, MARK J. RUBASH, GEORGE STALK JR., <br><br> Defendants, <br><br> – and – <br><br> INTUITIVE SURGICAL, INC., <br><br> Nominal Party. | Case No. <br><br> CERTIFICATION OF INTERESTED ENTITIES OR PERSONS <br><br><br><br><br><br><br><br><br><br><br><br><br><br> DEMAND FOR JURY TRIAL |

1  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named
2  parties, there is no such interest to report.

4  DATED: February 3, 2014

THE WEISER LAW FIRM, P.C.
KATHLEEN A. HERKENHOFF (168562)

_____
KATHLEEN A. HERKENHOFF

12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858-794-1441
Facsimile: 858-794-1450

Attorney of Record for Plaintiff Robert Berg

- 1 -
CERTIFICATION OF INTERESTED ENTITIES OR PERSONS