IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUITIVE SURGICAL SHAREHOLDER DERIVATIVE LITIGATION | CASE NO. 5:14-cv-00515 EJD<br><br>**ORDER RE: LETTERS FROM COUNSEL** |
| Defendant(s). / | |

Counsel for various parties have recently filed letters in the above-entitled action, the purpose of which is to apparently provide the court with ex parte information. See Docket Item Nos. 46, 48.

The undersigned does not review or respond to letters presented in this manner. Accordingly, counsel shall not file any further letters on the docket for this or any related action. Instead, the parties may request a Status Conference or Case Management Conference (although one is already scheduled) if they wish to provide the court with information. In addition, any requests for action by the court shall be made by appropriate motion or proposed stipulation and order.

**IT IS SO ORDERED.**

Dated: August 12, 2014

EDWARD J. DAVILA
United States District Judge