Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE INTUITIVE SURGICAL SHAREHOLDER DERIVATIVE LITIGATION )
)  Case No: 5:14-cv-00515   EJD
)
Plaintiff(s),  )
)  **APPLICATION FOR**
v.  )  **ADMISSION OF ATTORNEY**
)  **PRO HAC VICE**
)  (CIVIL LOCAL RULE 11-3)
)
)
Defendant(s).  )
)

I, Edward G. Timlin, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Kathleen Herkenhoff, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Bernstein Litowitz Berger & Grossmann LLP | The Weiser Law Firm |
| 1285 Avenue of the Americas, New York, New York 10019 | 12707 High Bluff Drive, Suite 200, San Diego, CA 92130 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 554-1427 | (858) 794-1441 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| Edward.Timlin@blbglaw.com | kah@weiserlawfirm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4820726.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 08/14/14

Edward G. Timlin
APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Edward G. Timlin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/15/2014

UNITED STATES DISTRICT JUDGE