UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUITIVE SURGICAL SHAREHOLDER DERIVATIVE LITIGATION | Case No. 5:14-CV-00515-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement filed on September 30, 2014 (Docket Item No. 67), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for October 10, 2014, is CONTINUED to **10:00 a.m. on February 26, 2015**. The parties shall file an updated Joint Case Management Conference Statement (of no more than 10 pages) on or before **February 19, 2015**.

In addition, the court orders as follows:

1. After considering the parties' arguments in the Joint Case Management Conference Statement, and reviewing judicial opinions on the topic, disclosure and discovery are stayed until further order of the court. See In re Openwave Sys. Inc. S'holder Derivative Litig., 503 F. Supp. 2d 1341, 1351-53 (N.D. Cal. 2007); In re Finisar Corp. Derivative Litig., 2012 WL 609835, at *1 (N.D. Cal. Feb. 24, 2012) (Whyte, J.) (collecting cases).

Case No. 5:14-CV-00515-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE

2. The hearing on the Motion to Dismiss will remain as scheduled. Any requests to change the hearing date will be denied.

**IT IS SO ORDERED.**

Dated: October 7, 2014



EDWARD J. DAVILA
United States District Judge