UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE<br>INTUITIVE SURGICAL SHAREHOLDER<br>DERIVATIVE LITIGATION | Case No. 5:14-cv-00515-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item No. 75), the court has determined that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for February 26, 2015, is CONTINUED to **10:00 a.m. on May 14, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **May 7, 2015**.

**IT IS SO ORDERED.**

Dated:  February 23, 2015

_____
EDWARD J. DAVILA
United States District Judge