| | |
|---|---|
| 1 | THE WEISER LAW FIRM, P.C. |
| | KATHLEEN A. HERKENHOFF (SBN 168562) |
| 2 | 12707 High Bluff Drive, Suite 200 |
| | San Diego, CA 92130 |
| 3 | Telephone: 858/794-1441 |
| 4 | Facsimile: 858/794-1450 |
| | kah@weiserlawfirm.com |
| 5 | |
| | Lead Counsel for Plaintiffs and |
| 6 | Counsel for Plaintiff Robert Berg |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUITIVE SURGICAL SHAREHOLDER DERIVATIVE LITIGATION | ) Lead Case No. 5-14-CV-00515-EJD ) ) DECLARATION OF KATHLEEN A. ) HERKENHOFF IN SUPPORT OF ) ADMINISTRATIVE MOTION FOR ORDER |
| This Document Relates To: | ) ADVANCING DATE FOR CASE ) MANAGEMENT CONFERENCE |
| ALL ACTIONS. | ) ) |

1  I, Kathleen A. Herkenhoff, declare as follows:

2  1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am of counsel to The Weiser Law Firm, P.C. (the "Weiser Firm"), Lead Counsel for Plaintiffs and counsel for Plaintiff Robert Berg. I have personal knowledge of the following facts, and if called upon as a witness, I could and would testify competently thereto.

6  2. On April 13, 2015, I spoke to Michael Celio, counsel for all defendants named in the above-captioned action (the "Action"), to advise of the substance of the concurrently filed Administrative Motion for Order Advancing Case Management Conference (the "Motion"). Mr. Celio advised that his clients were not in a position to stipulate to the relief requested in the Motion. Mr. Celio did advise, however, that if the Court were inclined to grant the Motion, he currently is available to attend an earlier Case Management Conference on April 23, April 30 or May 7, 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 13th day of April, 2015 at San Diego, California.

      /s/ Kathleen A. Herkenhoff
KATHLEEN A. HERKENHOFF

DECLARATION OF KATHLEEN A. HERKENHOFF IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER ADVANCING DATE FOR CASE MANAGEMENT CONFERENCE - 5-14-CV-00515-EJD

- 1 -

CERTIFICATE OF SERVICE

I hereby certify that on April 13, 2015, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 13, 2015.

   s/ KATHLEEN A. HERKENHOFF
KATHLEEN A. HERKENHOFF

THE WEISER LAW FIRM, P.C.
12707 High Bluff Drive, Suite 200
San Diego, CA 92130
Telephone: 858/794-1441
Facsimile: 858/794-1450

Email: kah@weiserlawfirm.com

DECLARATION OF KATHLEEN A. HERKENHOFF IN SUPPORT OF ADMINISTRATIVE MOTION FOR ORDER ADVANCING DATE FOR CASE MANAGEMENT CONFERENCE - 5-14-CV-00515-EJD                                                                                                                                       - 2 -

# Mailing Information for a Case 5:14-cv-00515-EJD In re Intuitive Surgical Shareholder Derivative Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael D. Celio**
  mdc@kvn.com,gpeterson@kvn.com,efiling@kvn.com

- **Jeffrey Joseph Ciarlanto**
  jjc@weiserlawfirm.com

- **Alexander Barnes Dryer**
  adryer@kvn.com,efiling@kvn.com,dxc@kvn.com

- **Jo W. Golub**
  jgolub@kvn.com,efiling@kvn.com,SHarmison@kvn.com,sgiminez@kvn.com,jah@kvn.com

- **Cody Shawn Harris**
  charris@kvn.com,jsmith@kvn.com,efiling@kvn.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **Mark Lebovitch**
  MarkL@blbglaw.com,kenneth@blbglaw.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,mkeilo@cpmlegal.com,rbarghi@cpmlegal.com,obacigalupi@cpmlegal.com,jacosta@cpmlegal.com

- **Walter W. Noss**
  wnoss@scott-scott.com,efile@scott-scott.com

- **Judy Scolnick**
  jscolnick@scott-scott.com,efile@scott-scott.com

- **Brett D. Stecker**
  bds@weiserlawfirm.com,hl@weiserlawfirm.com

- **Philip James Tassin**
  ptassin@kvn.com,adryer@kvn.com,efiling@kvn.com,sharmison@kvn.com,sgiminez@kvn.com

- **Edward G Timlin**
  Edward.Timlin@blbglaw.com

- **David L Wales**
  davidw@blbglaw.com,kenneth@blbglaw.com,errol.hall@blbglaw.com,BrettM@blbglaw.com

- **Robert Brian Weiser**
  rw@weiserlawfirm.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`