UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE INTUITIVE SURGICAL SHAREHOLDER DERIVATIVE LITIGATION | Case No. 5:14-cv-00515-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 83 |
|---|---|

Having reviewed the parties' Joint Case Management Conference Statement filed on April 23, 2015 (Docket Item No. 83), the court has determined that a Case Management Conference is premature at this time.

Accordingly, the Case Management Conference scheduled for April 30, 2015 is VACATED and will be re-set, if necessary, upon resolution of the pending Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: April 27, 2015

EDWARD J. DAVILA
United States District Judge