UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE INTUITIVE SURGICAL SHAREHOLDER DERIVATIVE LITIGATION | Case No. 5:14-cv-00515-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|---|---|

Having reviewed the parties' Joint Case Management Conference Statement (Docket Item Number 102), the Court has determined that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for February 18, 2016, is VACATED and will be reset, if appropriate, in the Court's order addressing Defendants' pending Motion to Stay (Dkt. No. 94).

**IT IS SO ORDERED.**

Dated: February 16, 2016

EDWARD J. DAVILA
United States District Judge

Case No.: 5:14-cv-00515-EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE