THE WEISER LAW FIRM, P.C.
BRETT D. STECKER
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
Facsimile: 610/ 408-8062
bds@weiserlawfirm.com

Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE INTUITIVE SURGICAL SHAREHOLDER DERIVATIVE LITIGATION | Lead Case No. 5-14-CV-00515-EJD |
| | JOINT STATUS REPORT |
| This Document Relates To: | |
| ALL ACTIONS. | |

1    Pursuant to the Court's Order dated June 2, 2016 (the "Order"), Plaintiff Robert Berg ("Plaintiff"), and the Individual Defendants[1] (collectively the "Parties") submit this Joint Status Report to apprise the Court of the status of *Public School Teachers' Pension and Retirement Fund of Chicago v. Guthart, et al.*, No. CIV-526930 (Cal. Super. Ct. 2014) (the "State Action"). The last report provided to the Court was filed on January 12, 2017 (the "Last Report"). *See* ECF No. 110.

As noted in the Last Report, Plaintiff intervened in the State Action on May 23, 2016. In light of Plaintiff's intervention, the Parties jointly requested a stay of this Action on May 31, 2016. *See* ECF No. 106. The Court stayed this Action on June 2, 2016, while requesting periodic updates. ECF No. 108.

In the Last Report, the Parties advised the Court that, on September 15, 2016, the Parties (including the plaintiff in the State Action) entered into a memorandum of understanding ("MOU") to settle all related shareholder derivative actions, including this Action. A conference was held on March 30, 2017 in the State Action (the "Conference") to update the state court on the status of documenting a final settlement agreement. During the Conference, the Parties informed the state court that a near complete settlement agreement had been documented, and that the remaining unresolved issue was the award of attorneys' fees and expenses which will be submitted to a three-member panel for binding arbitration. At present, the three-member arbitration panel has been selected and the Parties expect that the arbitration proceeding will occur in early-May.

Subject to any additional instruction from this Court, the Parties will continue to provide updates as contemplated by the Order.

DATED:  April 12, 2017                          THE WEISER LAW FIRM, P.C.
                                                 BRETT D. STECKER


                                                 /s/ Brett D. Stecker
                                                 BRETT D. STECKER
                                                 (admitted pro hac vice)

---

[1] Nominal Party Intuitive Surgical, Inc. has retained separate counsel to represent it in this Action, the State Action, and the other related shareholder derivative actions.

|  |  |
|---|---|
| 1 | 22 Cassatt Avenue |
|  | Berwyn, PA 19312 |
| 2 | Telephone: 610/225-2677 |
|  | Facsimile: 610/ 408-8062 |
| 3 |  |
|  | THE WEISER LAW FIRM, P.C. |
| 4 | ROBERT B. WEISER |
|  | JAMES M. FICARO |
| 5 | 22 Cassatt Avenue |
|  | Berwyn, PA 19312 |
| 6 | Telephone: 610/225-2677 |
|  | Facsimile: 610/ 408-8062 |
| 7 |  |
|  | THE WEISER LAW FIRM, P.C. |
| 8 | KATHLEEN A. HERKENHOFF |
|  | 12707 High Bluff Drive, Suite 200 |
| 9 | San Diego, CA 92130 |
|  | Telephone: 858/794-1441 |
| 10 | Facsimile: 858/794-1450 |
| 11 | Lead Counsel for Plaintiffs and Counsel for Plaintiff Robert Berg |
| 12 |  |
| 13 | BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP |
| 14 | BRETT M. MIDDLETON (Bar No. 199427) |
|  | 12481 High Bluff Drive, Suite 300 |
| 15 | San Diego, CA 92130 |
|  | Telephone: 858/793-0070 |
| 16 | Facsimile: 858/793-0323 |
| 17 | MARK LEBOVITCH |
|  | DAVID L. WALES |
| 18 | EDWARD G. TIMLIN |
|  | 1251 Avenue of the Americas |
| 19 | New York, NY 10020 |
|  | Telephone: 212/554-1400 |
| 20 | Facsimile: 212/554-1444 |
| 21 |  |
|  | Additional Counsel and Co-Lead Counsel in the Delaware Action |
| 22 |  |
| 23 | DATED: April 12, 2017   KEKER & VAN NEST LLP |
|  | MICHAEL D. CELIO - # 197998 |
| 24 | CODY S. HARRIS - # 255302 |
|  | KATE E. LAZARUS - # 268242 |
| 25 | PHILIP J. TASSIN - # 287787 |
| 26 |  |
| 27 | /s/ Michael D. Celio |
|  | MICHAEL D. CELIO |
| 28 |  |

1
2   633 Battery Street
    San Francisco, CA 94111-1809
3   Telephone: 415/391-5400
    Facsimile:  415/397-7188
4   mcelio@kvn.com
    charris@kvn.com
    klazarus@kvn.com
5   ptassin@kvn.com

6   Attorneys for Individual Defendants GARY S.
    GUTHART, MARSHALL L. MOHR, LONNIE
7   M. SMITH, DAVID J. ROSA, MARK J.
    MELTZER, JEROME J. MCNAMARA,
8   AUGUSTO V. CASTELLO, SALVATORE J.
    BROGNA, COLIN MORALES, CRAIG H.
9   BARRATT, ERIC H. HALVORSON, AMAL
    M. JOHNSON, ALAN J. LEVY, MARK J.
10  RUBASH, and GEORGE STALK JR.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ATTESTATION**

I, Brett D. Stecker, am the ECF user whose ID and password are being used to file this Joint Case Management Conference Statement. In compliance with General Order 45, X.B., I hereby attest that Michael D. Celio has concurred in this filing.

                                                        /s/ Brett D. Stecker
                                                    BRETT D. STECKER

                                      Lead Counsel for Plaintiffs and Counsel for Plaintiff Robert Berg

CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 12, 2017.


/s/ Brett D. Stecker
BRETT D. STECKER

THE WEISER LAW FIRM, P.C.
22 Cassatt Avenue
Berwyn, PA 19312
Telephone: 610/225-2677
Facsimile: 610/ 408-8062

Email: bds@weiserlawfirm.com

# Mailing Information for a Case 5:14-cv-00515-EJD In re Intuitive Surgical Shareholder Derivative Litigation

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Michael D. Celio**
  mcelio@keker.com,michael-celio-0196@ecf.pacerpro.com,gloria-peterson-7992@ecf.pacerpro.com,gpeterson@keker.com,efiling@keker.com

- **Jeffrey Joseph Ciarlanto**
  jjc@weiserlawfirm.com

- **Alexander Barnes Dryer**
  adryer@keker.com,efiling@kvn.com,dawn-curran-3389@ecf.pacerpro.com,dxc@kvn.com,alexander-dryer-2761@ecf.pacerpro.com

- **Jo W. Golub**
  jgolub@keker.com,sgiminez@keker.com,sandy-giminez-6735@ecf.pacerpro.com,SHarmison@keker.com,efiling@keker.com,jah@keker.com,jo-golub-8129@ecf.pacerpro.com

- **Cody Shawn Harris**
  charris@kvn.com,jacquelynn-smith-8972@ecf.pacerpro.com,cody-harris-9947@ecf.pacerpro.com,jhartmann@kvn.com,efiling@kvn.com,jsmith@kvn.com,rabaya@kvn.com,sharmison@kvn.com

- **Kathleen Ann Herkenhoff**
  kah@weiserlawfirm.com,jmf@weiserlawfirm.com,hl@weiserlawfirm.com

- **Kate Ellis Lazarus**
  klazarus@keker.com,sgiminez@keker.com,kate-lazarus-9440@ecf.pacerpro.com,sandy-giminez-6735@ecf.pacerpro.com,efiling@keker.com

- **Mark Lebovitch**
  MarkL@blbglaw.com,kenneth@blbglaw.com,errol.hall@blbglaw.com

- **Brett M Middelton**
  brettm@blbglaw.com

- **Laurie Carr Mims**
  lmims@keker.com,joanne-winars-4984@ecf.pacerpro.com,efiling@keker.com,laurie-mims-6204@ecf.pacerpro.com,jwinars@keker.com

- **Mark Cotton Molumphy**
  mmolumphy@cpmlegal.com,obacigalupi@cpmlegal.com,jacosta@cpmlegal.com,gjensen@cpmlegal.com

- **Walter W. Noss**
  wnoss@scott-scott.com,efile@scott-scott.com

- **Judith S. Scolnick**
  jscolnick@scott-scott.com

- **Brett D. Stecker**
  bds@weiserlawfirm.com,hl@weiserlawfirm.com

- **Philip James Tassin**
  ptassin@keker.com,sgiminez@keker.com,sandy-giminez-6735@ecf.pacerpro.com,sharmison@keker.com,philip-tassin-6713@ecf.pacerpro.com,efiling@keker.com

- **Edward G Timlin**
  Edward.Timlin@blbglaw.com

- **David L Wales**
  davidw@blbglaw.com,kenneth@blbglaw.com,errol.hall@blbglaw.com,BrettM@blbglaw.com

- **Robert Brian Weiser**
  rw@weiserlawfirm.com

# Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`